**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**IN RE: COVIDIEN HERNIA MESH PRODUCTS LIABILITY LITIGATION NO. II,**

**Case No. 1:22-md-03029-PBS**

**This document relates to:**
**TRACY H. GATLING**

**SHORT FORM COMPLAINT**

Plaintiff(s) file(s) this Short Form Complaint pursuant to Case Management Order No. 7 and is/are to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiff(s) hereby incorporate(s) the Master Complaint in MDL No. 3029 by reference. Plaintiff(s) further show(s) the Court as follows:

1. The name of the person implanted with Defendants' Hernia Mesh Device(s):

   _Tracy H. Gatling___

2. The name of any Consortium Plaintiff (if applicable): N/A_______________

3. Other Plaintiff(s) and Capacity (i.e., administrator, executor, guardian, conservator):

   N/A________________

4. State of Residence: North Carolina___________

5. District Court and Division in which action would have been filed absent direct filing:

   United States District Court of North Carolina, Eastern Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☒ A. Covidien LP

   ☒ B. Sofradim Production SAS

   ☐ C. Other (please list: __________________________________)

7. Identify which of Defendants' Hernia Mesh Device(s) was/were implanted (Check device(s) implanted):

☐ Dextile Anatomical Mesh

☐ Parietene DS Mesh

☐ Parietene Polypropylene Mesh

☐ Parietene Progrip Mesh

☐ Parietene Composite Mesh

☐ Parietex Composite Mono PM Mesh

☐ Parietex Composite PCO-OS or PCO-OB Mesh

☐ Parietex Composite Ventral Patch

☐ Parietex Hydrophilic 2D Mesh

☐ Parietex Hydrophilic 3D Mesh

☐ Parietex Hydrophilic Anatomical Mesh

☐ Parietex Hydrophilic Polyester Mesh

☐ Perietex Monofilament Polyester Mesh

☐ Perietex Optimized Composite Mesh

☐ Perietex Plug & Patch

☐ Parietex ProGrip

☐ Progrip Laparoscopic

☐ SurgiPro

☐ SurgiPro Plug & Patch

☒ Symbotex Composite Mesh

☐ Other (please list in space provided below):

______________________________________________

8. Defendants' Hernia Mesh Device(s) about which Plaintiff is making a claim (Check applicable device(s)):

☐ Dextile Anatomical Mesh

☐ Parietene DS Mesh

☐ Parietene Polypropylene Mesh

☐ Parietene Progrip Mesh

☐ Parietene Composite Mesh

☐ Parietex Composite Mono PM Mesh

☐ Parietex Composite PCO-OS or PCO-OB Mesh

☐ Parietex Composite Ventral Patch

☐ Parietex Hydrophilic 2D Mesh

☐ Parietex Hydrophilic 3D Mesh

☐ Parietex Hydrophilic Anatomical Mesh

☐ Parietex Hydrophilic Polyester Mesh

☐ Perietex Monofilament Polyester Mesh

☐ Perietex Optimized Composite Mesh

☐ Perietex Plug & Patch

☐ Parietex ProGrip

☐ Progrip Laparoscopic

☐ SurgiPro

☐ SurgiPro Plug & Patch

☒ Symbotex Composite Mesh

☐ Other (please list in space provided below):

________________________________________________

9. Date of Implantation and state of implantation:

   07/06/2016 - North Carolina

10. As of the date of filing this Short Form Complaint, has the person implanted with Defendants' Hernia Mesh Device(s) had subsequent surgical intervention due to the Hernia Mesh Device(s)?: Yes_X__ No____

11. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: ________________

12. Counts in the Master Complaint adopted by Plaintiff(s):

☒ Count I – Strict Product Liability- Defective Design

☒ Count II – Strict Product Liability- Failure to Warn

☒ Count III – Strict Product Liability- Manufacturing Defect

☒ Count IV– Negligence

☐ Count V– Negligence Per Se

☒ Count VI– Gross Negligence

☒ Count VII – State Consumer Protection Laws (Please identify applicable State Consumer Protection law(s)):

N.C. Gen. Stat. §§ 75-1.1 through 75-35.

☒ Count VIII – Breach of Implied Warranty

☒ Count IX – Breach of Express Warranty

☒ Count X – Negligent Infliction of Emotional Distress

☐ Count XI – Intentional Infliction of Emotional Distress

☒ Count XII – Negligent Misrepresentation

☒ Count XIII – Fraud and Fraudulent Misrepresentation

☒ Count XIV – Fraudulent Concealment

☐ Count XV – Wrongful Death

☐ Count XVI – Loss of Consortium

☒ Count XVII – Punitive Damages

☒ Other Count(s) (please identify and state factual and legal bases for other claims not included in the Master Complaint below):

Discovery Rule: Plaintiff had no knowledge, nor reason to suspect, that wrongdoing had caused Plaintiff's injuries. In addition, Plaintiff did not have reason to suspect the tortious nature of the conduct causing the injuries, until recently and has filed this action well within the applicable statute of limitations. Plaintiff had no knowledge of the wrongful conduct of the Defendants as set forth herein, nor did Plaintiff have access to the information regarding other injuries and complaints in the possession of Defendants. Additionally, Plaintiff was prevented from discovering this information sooner because Defendant misrepresented and continues to misrepresent to the public, to the medical profession and to Plaintiff that Defendants' hernia mesh products are safe and free from serious side effects. Defendants have fraudulently concealed facts and information that could have led Plaintiff to an earlier discovery of potential causes of action.

☒ Jury Trial is Demanded as to All Counts

☐ Jury Trial is NOT Demanded as to All Counts; if Jury Trial is

Demanded as to Any Count(s), identify which ones (list below):

____________________________________________________

Dated: December 28, 2023

Respectfully submitted,

Babin Law, LLC

/s/ Ashley Perea-Crowell
Ashley Perea-Crowell (027289)
Babin Law, LLC
7014 E. Camelback Rd., Suite B100A #76
Scottsdale, AZ 85251
(614) 384-7035
ashley.perea-crowell@babinlaws.com